**95–411.**  State v. Henderly.  *Lucas County*, No. L–94–128.  Appellant has filed an untimely appeal of the court of appeals' decision affirming the denial of appellant's petition for post-conviction relief, and a motion for delayed appeal.  This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply.  Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

**95–413.**  State v. Seiber.  *Cuyahoga County*, No. 63717.  Appellant has filed an untimely appeal of the court of appeals' decision denying his motion for reconsideration pursuant to App.R. 26(A) or for reopening pursuant to App.R. 26(B), relating to post-conviction proceedings, and a motion for delayed appeal.  This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply.  Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

**95–414.**  State v. Anderson.  *Sandusky County*, No. S–91–26.  Appellant has filed an untimely appeal of the court of appeals' decision denying his motion for delayed reconsideration, and a motion for delayed appeal.  This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply.  Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

*Tuesday, February 28, 1995*

## MOTION DOCKET

**95–274.**  State ex rel. Barclays Bank PLC v. Hamilton Cty. Court of Common Pleas.  In Prohibition.  This cause originated in this court on the filing of a complaint for a writ of prohibition.  Upon consideration of the motion of Thomas W. Tilsley, Durwood G. Rorie, and V. Snowden Armstrong for leave to intervene,

IT IS ORDERED by the court that the motion for leave to intervene be, and hereby is, granted, effective February 27, 1995.